United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS MENDOZA DE LA CRUZ,
Plaintiff,

v.

SERGIO ALBARRAN, et al.,
Defendants.

Case No. 26-cv-10648-AMO

**ORDER DIRECTING RESPONDENTS TO RESPOND TO PETITION**

Re: Dkt. Nos. 1, 8

The Court is in receipt of Petitioner's Writ of Habeas Corpus ("Petition") and Motion for Temporary Restraining Order ("TRO"). The Court intends to rule directly on the Petition, with the understanding that the Court will also consider any arguments made and exhibits submitted in support of the TRO. *See* Fed. R. Civ. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."); 28 U.S.C. § 2243 ("The court shall summarily hear and determine the facts, and dispose of [a petitioner's habeas petition] as law and justice require."); *Dzhabrailov v. Decker*, No. 20-cv-03118-PMH, 2020 WL 2731966, at *4 (S.D.N.Y. May 26, 2020) (considering preliminary injunction and merits of habeas petition simultaneously).

Respondents SHALL file a response to the Petition within three (3) calendar days from the date of this Order. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as consent to the granting of the petition. *See* Judge Martínez-Olguín's Civil Standing Order, Sec. M. Petitioner may file a reply within seven (7) calendar days from the date of this Order, no later than noon.

Respondents are ORDERED to maintain the status quo and are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner while the TRO and Petition are pending. This matter is set for hearing on September 29, 2026 at 2:00 pm in Oakland, Courtroom 5, 2nd Floor.

**IT IS SO ORDERED.**

Dated: September 21, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**